IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

UNITED ASSOCIATION OF JOURNEYMEN
AND APPRENTICES OF THE PLUMBING AND
PIPE FITTING INDUSTRY OF THE UNITED
STATES AND CANADA, AFL-CIO, LOCAL 188
PENSION FUND; et al.

Plaintiffs

v.

CIVIL ACTION NO.: 4:19-cv-00124-RSB-CLR

THE MECHANICAL SHOP, INC.,
Defendant

CONSENT ORDER OF JUDGMENT

NOW COME Plaintiffs, United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, Local 188 Pension Fund, United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, Local 188 Health & Welfare Fund, United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, Local 188 Annuity Fund and United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, Local 188 (collectively, the "Plaintiffs Funds") and Defendant, The Mechanical Shop, Inc., who have reached the following agreement and consent order of judgment, wherein the parties have agreed to the following:

1. THE MECHANICAL SHOP, INC. agrees that it is liable to the Plaintiffs Funds for interest, penalties, and attorneys' fees and costs in the total amount of $175,000.

1

2. THE MECHANICAL SHOP, INC. agrees to a judgment in favor of Plaintiffs Funds in the amount of $175,000, to be paid in installments of $10,000.00 per month for seventeen and a half (17) months until paid in full, with the first payment due on or before September 15, 2020, and each subsequent payment due on the 15th of each month thereafter through February 15, 2022. The final payment due February 15, 2022 shall be for the remaining balance of $15,000.00.

3. Monthly payments will be remitted by THE MECHANICAL SHOP, INC., by check to the order of "Journeymen and Apprentices of Local 188 Escrow Account" and shall be mailed Care of NEBA Inc., 8657 Baypine Road, Building 5, Suite 200, Jacksonville, Florida 32256.

4. THE MECHANICAL SHOP, INC. agrees to remit payments according to the terms of the Payout Agreement executed on September 14th, 2020, and recognizes that failure to timely make any scheduled payment shall result in THE MECHANICAL SHOP, INC. being in default of its obligations under this consent judgment and the payout agreement (Exhibit A, Payout Agreement).

5. In the event that any default, as defined in Paragraph 4 herein, is not remedied within fourteen (14) days, all outstanding amounts payable by THE MECHANICAL SHOP, INC. under the Payout Agreement shall be immediately due and payable, without demand, notice of acceleration, notice of intent to accelerate, or other formalities of any kind, all of which are hereby expressly waived by THE MECHANICAL SHOP, INC.

6. THE MECHANICAL SHOP, INC. further agrees that it shall remain current on all future remittance reports and contributions pursuant to the Working Agreement and the terms and conditions of the Pension Fund Trust Agreement, the Welfare Fund Trust Agreement, and the Annuity Fund Trust Agreement. The Working Agreement requires that contributions be made no later than the eleventh (11th) day of the second calendar month following the work month, or else such payment shall be considered delinquent.

7. THE MECHANICAL SHOP, INC. acknowledges and agrees that in the event that any future contribution payment is delinquent, penalties and interest, as set forth in the Working Agreement, shall be assessed.

8. THE MECHANICAL SHOP, INC. agrees that this consent judgment is enforceable against any heirs, assigns, successors, or any subsidiaries of THE MECHANICAL SHOP, INC.

9. THE MECHANICAL SHOP, INC. is dismissed without prejudice, but only until fully satisfying the amount of debt as described in Paragraph 2 herein.

10. Upon THE MECHANICAL SHOP, INC.'s complete satisfaction of payment under the terms of this Consent Order of Judgment, the Plaintiffs Funds shall dismiss this action *with* prejudice. Thereafter, the Plaintiffs Funds shall have no claims arising from this action.

11. The Court shall administratively close this case but shall maintain jurisdiction to administer and enforce this agreement as necessary.

WHEREFORE, the parties agree that the above terms and conditions of the Consent Judgment will adequately resolve all issues against THE MECHANICAL SHOP, INC., and that, as a consequence, this matter should be dismissed without prejudice against THE MECHANICAL SHOP, INC., each party to bear its own cost.

ORDERED this \_\_\_16th\_\_\_ day of \_\_\_September\_\_\_ 2020.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO BY

ROBEIN, URANN,
SPENCER, PICARD & CANGEMI, APLC

Louis L. Robein (LA Bar No. 11307)
Laura Cline (LA Bar No. 37074)
2540 Severn Avenue, Suite 400
Metairie, Louisiana 70002
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
Email: lrobein@ruspclaw.com
Email: lcline@ruspclaw.com

QUINN, CONNOR, WEAVER, DAVIES &
ROUCO, LLP

Tessa A. Warren (GA Bar No. 435157)
3516 Covington Highway
Decatur, Georgia 30032
Tel – 404-299-1211
Fax – 404-299-1288

*Attorneys for Plumbers & Pipefitters Local 188 Funds and Plumbers & Pipefitters Local 188*

JAMES B. SMITH
ATTORNEY AT LAW, LLC

James B. Smith
15618 U.S. Highway 17
Townsend, Georgia 31331
Telephone: (912) 832-2395
Email: james@jbsmithlawfirm.com

*Attorney for THE MECHANICAL SHOP, Inc.*

4